**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22397

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-12984-RTB |
| Jerry Gene Johnson and Judith Ann Johnson<br>Debtors. | Chapter 7 |
| JPMorgan Chase Bank, N.A.<br>C/O Chase Home Finance LLC as servicing agent. | ORDER FOR ABANDONMENT |
| Movant,<br>vs. | (Related to Docket #23) |
| Jerry Gene Johnson and Judith Ann Johnson,<br>Debtors; Roger W. Brown, Trustee.<br>Respondents | |

On this day came on for consideration, JPMorgan Chase Bank, N.A. C/O Chase Home Finance LLC as servicing agent., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest

| | |
|---|---|
| 1 | in the following described real property is abandoned: |
| 2 |     1633 W. Evans Dr. |
| 3 |     Phoenix AZ 85023 |
| 4 |     and legally described as: |
| 5 | LOT 24, OF EATON MOON VALLEY, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 210 OF MAPS, PAGE 33. |